IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VICENTE MONTAGUE-GRIFFITH,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION No. 07-00315-CG-B |
| **DAVID O. STREIFF,** *et al.,* | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that this action be and is hereby dismissed as moot.

**DONE and ORDERED** this 28th day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE